# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MOIST, HOWARD W. | § | Case No. 15-01755 DRC |
| MOIST, FRANCES A. | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/20/2015. The undersigned trustee was appointed on 01/20/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 40,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 22.26 |
| Bank service fees | | 890.10 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 39,087.64 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/15/2015 and the deadline for filing governmental claims was 07/20/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,750.00 , for a total compensation of $ 4,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 13.58 , for total expenses of $ 13.58 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/01/2016                     By: /s/GINA B. KROL
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 15-01755 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | MOIST, HOWARD W. | | | Date Filed (f) or Converted (c): | 01/20/15 (f) |
| | MOIST, FRANCES A. | | | 341(a) Meeting Date: | 02/17/15 |
| For Period Ending: | 08/25/16 | | | Claims Bar Date: | 06/15/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 461 NORTH GROVE AVENUE, WOOD DALE, ILLINOIS, SINGL | 185,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 800.00 | 0.00 | | 0.00 | FA |
|    Cash on Hand. | | | | | |
| 3. Savings Account #5700001209 | 100.12 | 0.00 | | 0.00 | FA |
|    Wood Dale Bank and Trust Savings account #5700001209 | | | | | |
| 4. Checking Account #4443312548 | 1,200.00 | 0.00 | | 0.00 | FA |
|    TCF Bank checking account #4443312548 | | | | | |
| 5. Checking Account #4276879 | 2,400.00 | 0.00 | | 0.00 | FA |
|    Suburban Bank and Trust checking account #4276879 | | | | | |
| 6. Checking Account #4218251 | 200.00 | 0.00 | | 0.00 | FA |
|    Suburban Bank Checking Account #4218251 | | | | | |
| 7. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
|    Household Goods, Furnishings, Appliances and Electronics | | | | | |
| 8. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
|    Necessary Wearing Apparel | | | | | |
| 9. Fidelity 401(k) | 20,074.30 | 0.00 | | 0.00 | FA |
|    Fidelity Columbia Sussex 401(k) Plan | | | | | |
| 10. Prudential IRA | 51,365.20 | 0.00 | | 0.00 | FA |
|    Prudential IRA Rollover | | | | | |
| 11. 2013 Ford Mustang | 44,000.00 | 33,629.00 | | 33,629.00 | FA |
|    2013 Ford Mustang 2 Door Coupe Shelby GT 500 with 1776 miles in good condition. Value as per Carmax appraisal. | | | | | |
| 12. 2002 Ford Crown Victoria | 500.00 | 479.00 | | 479.00 | FA |
|    2002 Ford Crown Victoria police car | | | | | |
| 13. 1996 Chevrolet Pickup Short Bed | 500.00 | 479.00 | | 479.00 | FA |
|    1996 Chevrolet Pickup Short Bed | | | | | |

Case 15-01755 Doc 33 Filed 09/01/16 Entered 09/01/16 15:58:46 Desc Main
Document Page 4 of 13

FORM 1

Page: 2

Exhibit A

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Case No:  15-01755   DRC   Judge: Donald R. Cassling
Case Name:  MOIST, HOWARD W.
MOIST, FRANCES A.

Trustee Name:  GINA B. KROL
Date Filed (f) or Converted (c):  01/20/15 (f)
341(a) Meeting Date:  02/17/15
Claims Bar Date:  06/15/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 1989 Ford F-350 Cab Chassis<br>1989 Ford Cab Chassis | 1,200.00 | 1,150.00 | | 1,150.00 | FA |
| 15. 1984 Corvette Clone<br>1984 Corvette Clone | 1,200.00 | 1,150.00 | | 1,150.00 | FA |
| 16. 1972 Dodge Sebring<br>1972 Dodge Sebring | 400.00 | 0.00 | | 0.00 | FA |
| 17. 2005 Ford Escape<br>2005 Ford Escape | 2,200.00 | 0.00 | | 0.00 | FA |
| 18. 2001 Jeep Wrangler<br>2001 Jeep Wrangler | 1,500.00 | 1,437.00 | | 1,437.00 | FA |
| 19. 1990 20' Featherlite car trailer<br>1990 20' Featherlite car trailer | 750.00 | 718.00 | | 718.00 | FA |
| 20. 1996 Kawasaki Motorcycle<br>1996 Kawasaki motorcycle 500cc | 500.00 | 479.00 | | 479.00 | FA |
| 21. 1988 Howard Boat<br>1988 Howard Boat Company 21' day cruiser 220 horsepower inboard Located in Rome, Wisconsin at daughter's vacation home. Debtor does not know if boat is in operating condition. Had offer of $1000.00 two years ago. | Unknown | 0.00 | | 0.00 | FA |
| 22. 2004 Cargomate Trailer (u) | 500.00 | 479.00 | | 479.00 | FA |
| 23. 2002 Cheverolet Monte Carlo (u) | Unknown | 0.00 | | 0.00 | FA |
| 24. 1975 Chevrolet Corvette (u) | Unknown | 0.00 | | 0.00 | FA |
| 25. 1972 Plymouth Satellite (u)<br>no motor no transmission located at debtor's home address | Unknown | 0.00 | | 0.00 | FA |
| 26. 1972 Plymouth Satellite (u)<br>inoperable, purchased for parts, VIN RP23G2G190420; located at | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| Case No: | 15-01755 DRC Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MOIST, HOWARD W. | Date Filed (f) or Converted (c): | 01/20/15 (f) |
|  | MOIST, FRANCES A. | 341(a) Meeting Date: | 02/17/15 |
|  |  | Claims Bar Date: | 06/15/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Performance Truck Repair |  |  |  |  |  |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $315,889.62 | $40,000.00 |  | $40,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee liquidated several vehicles with equity some were unscheduled
October 08, 2015, 02:41 pm

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 03/31/16

        /s/   GINA B. KROL
_____  Date: 08/25/16
        GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 15-01755 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | MOIST, HOWARD W. | | Bank Name: | ASSOCIATED BANK |
| | MOIST, FRANCES A. | | Account Number / CD #: | *******7749 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2308 | | | |
| For Period Ending: | 08/25/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/15 | * NOTE * | Frances Moist | Sale of Vehicles<br>* NOTE *  Properties 11, 12, 13, 14, 15, 18, 19, 20, 22 | 1129-000 | 40,000.00 | | 40,000.00 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.10 | 39,978.90 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.42 | 39,919.48 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.42 | 39,862.06 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.26 | 39,802.80 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.18 | 39,743.62 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.19 | 39,686.43 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.00 | 39,627.43 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.01 | 39,570.42 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.83 | 39,511.59 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.75 | 39,452.84 |
| 02/18/16 | 030001 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 22.26 | 39,430.58 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.86 | 39,375.72 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.54 | 39,317.18 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.57 | 39,260.61 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.37 | 39,202.24 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.40 | 39,145.84 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.20 | 39,087.64 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 15-01755 -DRC |
| Case Name: | MOIST, HOWARD W. |
| | MOIST, FRANCES A. |
| Taxpayer ID No: | *******2308 |
| For Period Ending: | 08/25/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7749  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******7749

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 1 | Deposits | 40,000.00 | | 1 | Checks | 22.26 |
| 0 | Interest Postings | 0.00 | | 16 | Adjustments Out | 890.10 |
| | Subtotal | $ 40,000.00 | | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 912.36 |
| 0 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $ 40,000.00 | | | | |

/s/   GINA B. KROL

Trustee's Signature: _____   Date: 08/25/16
GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM2T4

Ver: 19.06a

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 01, 2016 |
|---|---|---|---|---|---|---|
| Case Number: 15-01755 | | Priority Sequence | | | | |
| Debtor Name: MOIST, HOWARD W. | | | | Joint Debtor: MOIST, FRANCES A. | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>2100-00 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602<br>Tax Id: | Administrative | | $0.00 | $4,763.58 | $4,763.58 |
| ADMIN 2<br>001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Administrative | | $0.00 | $1,804.08 | $1,804.08 |
| 000001<br>070<br>7100-90 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $6,890.02 | $6,890.02 |
| 000002<br>070<br>7100-90 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $7,414.60 | $7,414.60 |
| 000003<br>070<br>7100-90 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Unsecured | | $0.00 | $16,181.93 | $16,181.93 |
| 000004<br>070<br>7100-90 | Puff & Cockerill LLC<br>Bankruptcy Dept.<br>122 Delaware Street / POB 684<br>Woodbury, NJ 08096-5947 | Unsecured | | $0.00 | $18,883.28 | $18,883.28 |
| 000005<br>070<br>7100-90 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $39.77 | $39.77 |
| 000006<br>070<br>7100-90 | Layland & Associates<br>Bankruptcy Dept.<br>100 Shore Drive Suite 2<br>Burr Ridge, IL 60527 | Unsecured | | $0.00 | $32,024.84 | $32,024.84 |
| 000007<br>070<br>7100-90 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $684.46 | $684.46 |
| 000008<br>070<br>7100-90 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $4,801.57 | $4,801.57 |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 01, 2016 |

Case Number: 15-01755                         Priority Sequence
Debtor Name:  MOIST, HOWARD W.                          Joint Debtor: MOIST, FRANCES A.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009 070 7100-90 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $0.00 | $348.82 | $348.82 |
| 000010 070 7100-90 | Joseph Bartha c/o Joshua D. Greene Springer Brown, LLC 400 South County Farm Rd. Suite 330 Wheaton, IL 60187 | Unsecured | | $0.00 | $74,619.11 | $74,619.11 |
| 000011 070 7100-90 | Portfolio Recovery Associates, LLC successor to U.S. Bank NA (US BANK) POB 41067 Norfolk, VA 23541 | Unsecured | | $0.00 | $9,429.89 | $9,429.89 |
| 000012 080 7200-00 | Wells Fargo Bank, N.A. Business Direct Division P.O. Box 29482 MAC-S4101-08C Phoenix, AZ 85038-8650 | Unsecured | | $0.00 | $59,144.98 | $59,144.98 |
| BOND 999 2300-00 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY 10017 | Administrative | | $0.00 | $22.26 | $22.26 |
| | Case Totals: | | | $0.00 | $237,053.19 | $237,053.19 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-01755 DRC
Case Name: MOIST, HOWARD W.
          MOIST, FRANCES A.
Trustee Name: GINA B. KROL

| Balance on hand | $ | 39,087.64 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 4,750.00 | $ 0.00 | $ 4,750.00 |
| Trustee Expenses: GINA B. KROL | $ 13.58 | $ 0.00 | $ 13.58 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,732.50 | $ 0.00 | $ 1,732.50 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 71.58 | $ 0.00 | $ 71.58 |
| Other: ADAMS-LEVINE | $ 22.26 | $ 22.26 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 6,567.66 |
| Remaining Balance | $ 32,519.98 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 171,318.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 6,890.02 | $ 0.00 | $ 1,307.88 |
| 000002 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 7,414.60 | $ 0.00 | $ 1,407.45 |
| 000003 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | $ 16,181.93 | $ 0.00 | $ 3,071.69 |
| 000004 | Puff & Cockerill LLC<br>Bankruptcy Dept.<br>122 Delaware Street / POB 684<br>Woodbury, NJ 08096-5947 | $ 18,883.28 | $ 0.00 | $ 3,584.46 |
| 000005 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 39.77 | $ 0.00 | $ 7.55 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Layland & Associates Bankruptcy Dept. 100 Shore Drive Suite 2 Burr Ridge, IL 60527 | $ 32,024.84 | $ 0.00 | $ 6,079.02 |
| 000007 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 684.46 | $ 0.00 | $ 129.93 |
| 000008 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 4,801.57 | $ 0.00 | $ 911.44 |
| 000009 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 348.82 | $ 0.00 | $ 66.21 |
| 000010 | Joseph Bartha c/o Joshua D. Greene Springer Brown, LLC 400 South County Farm Rd. Suite 330 Wheaton, IL 60187 | $ 74,619.11 | $ 0.00 | $ 14,164.35 |
| 000011 | Portfolio Recovery Associates, LLC successor to U.S. Bank NA (US BANK) POB 41067 Norfolk, VA 23541 | $ 9,429.89 | $ 0.00 | $ 1,790.00 |

Total to be paid to timely general unsecured creditors            $            32,519.98

Remaining Balance                                                 $                 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 59,144.98 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Wells Fargo Bank, N.A. Business Direct Division P.O. Box 29482 MAC-S4101-08C Phoenix, AZ 85038-8650 | $ 59,144.98 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors        $                0.00

Remaining Balance                                            $                0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE