IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **HOWARD MOIST** | ) | No. 15 B 01755 |
| **FRANCES MOIST** | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:      See Attached


I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and

Applications for Compensation and Deadline to Object, was sent on September 2, 2016,

by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.


GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                      BY: /s/ Gina B. Krol_____
                                                         Ch 7 Bankruptcy Trustee

Service List:

Discover Bank
Discover Products Inc.
P.O. Box 3025
New Albany, OH   43054-3025

Commerce Bank
P.O. Box 419248
KCREC-10
Kansas City, MO   64141-6248

Puff & Cockerill, LLC
Bankruptcy Dept.
122 Delaware Street
P.O. Box 684
Woodbury, NJ   08096-5947

American Express Centurion Bank
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Layland & Associates
Bankruptcy Dept
100 Shore Drive, Ste 2
Burr Ridge, IL   60527

Synchrony Bank
c/o Recovery Mgmt Systems Corp
25 SE 2nd Avenue, Ste 1120
Miami, FL   33131-1605

PYOD, LLC its successors and assigns
as assignee of Citibank, NA
Resurgent Capital Service
P.O. Box 19008
Greenville, SC   29602

Joseph Bartha
c/o Joshua D. Greene
Springer Brown, LLC
400 South County Farm Road
Suite 330
Wheaton, IL   60187

Portfolio Recovery Assocaites, LLC
Successor to US Bank NA
P.O. Box 41067
Norfolk, VA   23541

Wells Fargo Bank NA
Business Direct Division
P.O. Box 29482
MAC-S4101-08C
Phoenix, AZ   85038-8650

Thomas Feezey
fezzey@gmail.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov