UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MOIST, HOWARD W. | § | Case No. 15-01755 DRC |
| MOIST, FRANCES A. | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 170,400.00<br>*(Without deducting any secured claims)* | Assets Exempt: 99,539.50 |
| Total Distributions to Claimants:  32,519.98 | Claims Discharged<br>Without Payment:  342,887.01 |
| Total Expenses of Administration:  7,480.02 | |

3) Total gross receipts of $ 40,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 40,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 177,129.77 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,480.02 | 7,480.02 | 7,480.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 353,715.32 | 230,463.27 | 230,463.27 | 32,519.98 |
| **TOTAL DISBURSEMENTS** | $ 530,845.09 | $ 237,943.29 | $ 237,943.29 | $ 40,000.00 |

4) This case was originally filed under chapter 7 on 01/20/2015 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2016      By: /s/GINA B. KROL
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 Ford Mustang | 1129-000 | 33,629.00 |
| 2002 Ford Crown Victoria | 1129-000 | 479.00 |
| 1996 Chevrolet Pickup Short Bed | 1129-000 | 479.00 |
| 1989 Ford F-350 Cab Chassis | 1129-000 | 1,150.00 |
| 1984 Corvette Clone | 1129-000 | 1,150.00 |
| 2001 Jeep Wrangler | 1129-000 | 1,437.00 |
| 1990 20' Featherlite car trailer | 1129-000 | 718.00 |
| 1996 Kawasaki Motorcycle | 1129-000 | 479.00 |
| 2004 Cargomate Trailer | 1129-000 | 479.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris Bank Bankruptcy Dept. 130 West Devon Avenue Wood Dale, IL 60191 | | 3,000.00 | NA | NA | 0.00 |
| | Quicken Loans, Inc. Bankruptcy Dept. 1050 Woodward Avenue Detroit, MI 48226 | | 174,129.77 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 177,129.77** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 4,750.00 | 4,750.00 | 4,750.00 |
| GINA B. KROL | 2200-000 | NA | 13.58 | 13.58 | 13.58 |
| ADAMS-LEVINE | 2300-000 | NA | 22.26 | 22.26 | 22.26 |
| ASSOCIATED BANK | 2600-000 | NA | 890.10 | 890.10 | 890.10 |
| COHEN & KROL | 3110-000 | NA | 1,155.01 | 1,155.01 | 1,155.01 |
| GINA B. KROL | 3110-000 | NA | 577.49 | 577.49 | 577.49 |
| COHEN & KROL | 3120-000 | NA | 71.58 | 71.58 | 71.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 7,480.02** | **$ 7,480.02** | **$ 7,480.02** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alexian Brothers Medical Center Bankruptcy Dept. 3040 Salt Creek Lane Arlington Heights, IL 60005-1069 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alexian Brothers Medical Center Bankruptcy Dept. POB 3495 Toledo, OH 43607 | | 4,626.00 | NA | NA | 0.00 |
| | Alexian Brothers Medical Center Bankruptcy Dept. POB 3495 Toledo, OH 43607 | | 80,680.00 | NA | NA | 0.00 |
| | Bank of America Bankruptcy Dept. POB 982235 El Paso, TX 79998-2235 | | 8,627.70 | NA | NA | 0.00 |
| | Chase P.O. Box 15298 Bankruptcy Dept. Wilmington, DE 19850-5298 | | 0.00 | NA | NA | 0.00 |
| | Chase P.O. Box 15298 Bankruptcy Dept. Wilmington, DE 19850-5298 | | 5,911.84 | NA | NA | 0.00 |
| | Citi P.O. Box 6235 Bankruptcy Dept. Sioux Falls, SD 57117-6235 | | 6,737.75 | NA | NA | 0.00 |
| | Client Services, Inc. Bankruptcy Dept. 3451 Harry Truman Blvd. Saint Charles, MO 63301-4047 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Commerce Bank Bankruptcy Dept. 3930 South 147th Street Omaha, NE 68144 | | 0.00 | NA | NA | 0.00 |
| | Commerce Bank Bankruptcy Dept. POB 410857 Kansas City, MO 64141-0857 | | 0.00 | NA | NA | 0.00 |
| | Commerce Bk 911 Main St Bankruptcy Dept. Kansas City, MO 64105 | | 0.00 | NA | NA | 0.00 |
| | Discover * P.O. Box 30954 Bankruptcy Dept. Salt Lake City, UT 84130-0954 | | 0.00 | NA | NA | 0.00 |
| | Discover * P.O. Box 30954 Bankruptcy Dept. Salt Lake City, UT 84130-0954 | | 0.00 | NA | NA | 0.00 |
| | Fifth Third Bank Bankruptcy Dept. 38 Fountain Square MD 1MOC2G-4050 Cincinnati, OH 45263-0001 | | 11,113.90 | NA | NA | 0.00 |
| | Humana Bankruptcy Dept. 300 North Madison Street Green Bay, WI 54301 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Humana Bankruptcy Dept. P.O. Box 14165 Lexington, KY 40512-4165 | | 0.00 | NA | NA | 0.00 |
| | Humana Insurance Co. Bankruptcy Dept. 1100 Employers Blvd. Green Bay, WI 54344 | | 0.00 | NA | NA | 0.00 |
| | Illinois Orthopaedic and Hand Bankruptcy Dept. 800 Biesterfield 740 Elk Grove Village, IL 60007 | | 15,336.09 | NA | NA | 0.00 |
| | Kingbridge 10, Inc. Bankruptcy Dept. 821 East North Avenue Glendale Heights, IL 60139 | | 6,966.81 | NA | NA | 0.00 |
| | Northland Group Inc. P.O. Box 390905 Bankruptcy Dept. Mail Code CBK1 Minneapolis, MN 55439 | | 0.00 | NA | NA | 0.00 |
| | Northland Group Inc. P.O. Box 390905 Bankruptcy Dept. Mail Code CSB2 Minneapolis, MN 55439 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Parker McCay P.A. Bankruptcy Dept. POB 974 Marlton, NJ 08053-0974 | | 0.00 | NA | NA | 0.00 |
| | Puff & Cockerill LLC Bankruptcy Dept. 122 Delaware Street / POB 684 Woodbury, NJ 08096-5947 | | 0.00 | NA | NA | 0.00 |
| | Sam's Club/GE Capital Retail Bank Bankruptcy Dept. POB 965003 Orlando, FL 32896-5003 | | 0.00 | NA | NA | 0.00 |
| | Sears Credit Cards Bankruptcy Dept. POB 6282 Sioux Falls, SD 57117-6282 | | 3,457.37 | NA | NA | 0.00 |
| | Shell / Citibank Bankruptcy Dept. POB 6406 Sioux Falls, SD 57117 | | 1,486.26 | NA | NA | 0.00 |
| | Target Bankruptcy Dept. POB 9500 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Target N.B. Po Box 673 Bankruptcy Dept. Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target National Bank Bankruptcy Dept. POB 1581 Minneapolis, MN 55440-1581 | | 0.00 | NA | NA | 0.00 |
| | The Ritter Law Office LLC Bankruptcy Dept. 55 Fayette Street - POB 320 Bridgeton, NJ 08302 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Business Direct Bankruptcy Dept. POB 29746 MAC S4018-015 Phoenix, AZ 85038-9746 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Business Direct Bankruptcy Dept. POB 348750 Sacramento, CA 95834 | | 0.00 | NA | NA | 0.00 |
| 000005 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | 9.95 | 39.77 | 39.77 | 7.55 |
| 000003 | COMMERCE BANK | 7100-900 | 15,422.11 | 16,181.93 | 16,181.93 | 3,071.69 |
| 000001 | DISCOVER BANK | 7100-900 | 6,718.27 | 6,890.02 | 6,890.02 | 1,307.88 |
| 000002 | DISCOVER BANK | 7100-900 | 7,414.60 | 7,414.60 | 7,414.60 | 1,407.45 |
| 000010 | JOSEPH BARTHA | 7100-900 | 80,358.79 | 74,619.11 | 74,619.11 | 14,164.35 |
| 000006 | LAYLAND & ASSOCIATES | 7100-900 | 5,099.00 | 32,024.84 | 32,024.84 | 6,079.02 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | 11,113.49 | 9,429.89 | 9,429.89 | 1,790.00 |
| 000004 | PUFF & COCKERILL LLC | 7100-900 | 17,886.41 | 18,883.28 | 18,883.28 | 3,584.46 |
| 000009 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | 252.52 | 348.82 | 348.82 | 66.21 |
| 000007 | SYNCHRONY BANK | 7100-900 | 645.74 | 684.46 | 684.46 | 129.93 |
| 000008 | SYNCHRONY BANK | 7100-900 | 4,850.72 | 4,801.57 | 4,801.57 | 911.44 |
| 000012 | WELLS FARGO BANK, N.A. | 7200-000 | 59,000.00 | 59,144.98 | 59,144.98 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 353,715.32 | $ 230,463.27 | $ 230,463.27 | $ 32,519.98 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-01755 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | MOIST, HOWARD W. | | | Date Filed (f) or Converted (c): | 01/20/15 (f) |
| | MOIST, FRANCES A. | | | 341(a) Meeting Date: | 02/17/15 |
| For Period Ending: | 11/10/16 | | | Claims Bar Date: | 06/15/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 461 NORTH GROVE AVENUE, WOOD DALE, ILLINOIS, SINGL | 185,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 800.00 | 0.00 | | 0.00 | FA |
|    Cash on Hand. | | | | | |
| 3. Savings Account #5700001209 | 100.12 | 0.00 | | 0.00 | FA |
|    Wood Dale Bank and Trust Savings account #5700001209 | | | | | |
| 4. Checking Account #4443312548 | 1,200.00 | 0.00 | | 0.00 | FA |
|    TCF Bank checking account #4443312548 | | | | | |
| 5. Checking Account #4276879 | 2,400.00 | 0.00 | | 0.00 | FA |
|    Suburban Bank and Trust checking account #4276879 | | | | | |
| 6. Checking Account #4218251 | 200.00 | 0.00 | | 0.00 | FA |
|    Suburban Bank Checking Account #4218251 | | | | | |
| 7. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
|    Household Goods, Furnishings, Appliances and Electronics | | | | | |
| 8. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
|    Necessary Wearing Apparel | | | | | |
| 9. Fidelity 401(k) | 20,074.30 | 0.00 | | 0.00 | FA |
|    Fidelity Columbia Sussex 401(k) Plan | | | | | |
| 10. Prudential IRA | 51,365.20 | 0.00 | | 0.00 | FA |
|    Prudential IRA Rollover | | | | | |
| 11. 2013 Ford Mustang | 44,000.00 | 33,629.00 | | 33,629.00 | FA |
|    2013 Ford Mustang 2 Door Coupe Shelby GT 500 with 1776 miles in good condition. Value as per Carmax appraisal. | | | | | |
| 12. 2002 Ford Crown Victoria | 500.00 | 479.00 | | 479.00 | FA |
|    2002 Ford Crown Victoria police car | | | | | |
| 13. 1996 Chevrolet Pickup Short Bed | 500.00 | 479.00 | | 479.00 | FA |
|    1996 Chevrolet Pickup Short Bed | | | | | |

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Ver: 19.06b

Case 15-01755 Doc 40 Filed 12/08/16 Entered 12/08/16 15:17:43 Desc Main
Document Page 13 of 18

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No.: | 15-01755 DRC Judge: Donald R. Cassling | | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | MOIST, HOWARD W. | | | Date Filed (f) or Converted (c): | 01/20/15 (f) |
| | MOIST, FRANCES A. | | | 341(a) Meeting Date: | 02/17/15 |
| | | | | Claims Bar Date: | 06/15/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 1989 Ford F-350 Cab Chassis | 1,200.00 | 1,150.00 | | 1,150.00 | FA |
| 1989 Ford Cab Chassis | | | | | |
| 15. 1984 Corvette Clone | 1,200.00 | 1,150.00 | | 1,150.00 | FA |
| 1984 Corvette Clone | | | | | |
| 16. 1972 Dodge Sebring | 400.00 | 0.00 | | 0.00 | FA |
| 1972 Dodge Sebring | | | | | |
| 17. 2005 Ford Escape | 2,200.00 | 0.00 | | 0.00 | FA |
| 2005 Ford Escape | | | | | |
| 18. 2001 Jeep Wrangler | 1,500.00 | 1,437.00 | | 1,437.00 | FA |
| 2001 Jeep Wrangler | | | | | |
| 19. 1990 20' Featherlite car trailer | 750.00 | 718.00 | | 718.00 | FA |
| 1990 20' Featherlite car trailer | | | | | |
| 20. 1996 Kawasaki Motorcycle | 500.00 | 479.00 | | 479.00 | FA |
| 1996 Kawasaki motorcycle 500cc | | | | | |
| 21. 1988 Howard Boat | Unknown | 0.00 | | 0.00 | FA |
| 1988 Howard Boat Company 21' day cruiser 220 horsepower inboard Located in Rome, Wisconsin at daughter's vacation home. Debtor does not know if boat is in operating condition. Had offer of $1000.00 two years ago. | | | | | |
| 22. 2004 Cargomate Trailer (u) | 500.00 | 479.00 | | 479.00 | FA |
| 23. 2002 Cheverolet Monte Carlo (u) | Unknown | 0.00 | | 0.00 | FA |
| 24. 1975 Chevrolet Corvette (u) | Unknown | 0.00 | | 0.00 | FA |
| 25. 1972 Plymouth Satellite (u) | Unknown | 0.00 | | 0.00 | FA |
| no motor no transmission located at debtor's home address | | | | | |
| 26. 1972 Plymouth Satellite (u) | Unknown | 0.00 | | 0.00 | FA |
| inoperable, purchased for parts, VIN RP23G2G190420; located at | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 15-01755 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | MOIST, HOWARD W. | | | Date Filed (f) or Converted (c): | 01/20/15 (f) |
| | MOIST, FRANCES A. | | | 341(a) Meeting Date: | 02/17/15 |
| | | | | Claims Bar Date: | 06/15/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Performance Truck Repair | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $315,889.62 | $40,000.00 | | $40,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final hearing set for 9/30/16; final distribution made 9/30/16; awaiting clearing of same; TDR to follow

October 11, 2016, 01:41 pm

Submitted TFR to US Tee for Review August 26, 2016, 11:54 am

Trustee liquidated several vehicles with equity some were unscheduled

October 08, 2015, 02:41 pm

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 03/31/16

/s/     GINA B. KROL
_____   Date: 11/10/16
        GINA B. KROL

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

Ver: 19.06b

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-01755 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MOIST, HOWARD W. | | Bank Name: | ASSOCIATED BANK |
| | MOIST, FRANCES A. | | Account Number / CD #: | *******7749 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2308 | | | |
| For Period Ending: | 11/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/15 | * NOTE * | Frances Moist | Sale of Vehicles | 1129-000 | 40,000.00 | | 40,000.00 |
| | | | * NOTE * Properties 11, 12, 13, 14, 15, 18, 19, 20, 22 | | | | |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.10 | 39,978.90 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.42 | 39,919.48 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.42 | 39,862.06 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.26 | 39,802.80 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.18 | 39,743.62 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.19 | 39,686.43 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.00 | 39,627.43 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.01 | 39,570.42 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.83 | 39,511.59 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.75 | 39,452.84 |
| 02/18/16 | 030001 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 22.26 | 39,430.58 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.86 | 39,375.72 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.54 | 39,317.18 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.57 | 39,260.61 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.37 | 39,202.24 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.40 | 39,145.84 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.20 | 39,087.64 |
| 09/30/16 | 030002 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | | | 4,763.58 | 34,324.06 |
| | | | Fees           4,750.00 | 2100-000 | | | |
| | | | Page Subtotals | | 40,000.00 | 5,675.94 | |

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-01755 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MOIST, HOWARD W. | | Bank Name: | ASSOCIATED BANK |
| | MOIST, FRANCES A. | | Account Number / CD #: | *******7749 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2308 | | | |
| For Period Ending: | 11/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses      13.58 | 2200-000 | | | |
| 09/30/16 | 030003 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 3110-000 | | 577.49 | 33,746.57 |
| 09/30/16 | 030004 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 1,226.59 | 32,519.98 |
| | | | Fees       1,155.01 | 3110-000 | | | |
| | | | Expenses      71.58 | 3120-000 | | | |
| 09/30/16 | 030005 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 1,307.88 | 31,212.10 |
| 09/30/16 | 030006 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 1,407.45 | 29,804.65 |
| 09/30/16 | 030007 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Final Distribution | 7100-900 | | 3,071.69 | 26,732.96 |
| 09/30/16 | 030008 | Puff & Cockerill LLC<br>Bankruptcy Dept.<br>122 Delaware Street / POB 684<br>Woodbury, NJ 08096-5947 | Final Distribution<br>(4-1) Account Number (last 4 digits):7958 | 7100-900 | | 3,584.46 | 23,148.50 |
| 09/30/16 | 030009 | American Express Centurion Bank<br>c o Becket and Lee LLP | Final Distribution<br>(5-1) CREDIT CARD DEBT | 7100-900 | | 7.55 | 23,140.95 |

Page Subtotals        0.00      11,183.11

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 16)

FORM 2                                                                                         Page: 3
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| Case No: | 15-01755 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MOIST, HOWARD W. | Bank Name: | ASSOCIATED BANK |
|  | MOIST, FRANCES A. | Account Number / CD #: | *******7749  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2308 | | |
| For Period Ending: | 11/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/16 | 030010 | POB 3001<br>Malvern, PA 19355-0701<br>Layland & Associates<br>Bankruptcy Dept.<br>100 Shore Drive Suite 2<br>Burr Ridge, IL 60527 | Final Distribution<br>(6-1) Account Number (last 4 digits):8041 | 7100-900 | | 6,079.02 | 17,061.93 |
| 09/30/16 | 030011 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final Distribution<br>(7-1) JCPenney MasterCard or GEMB or GECRB | 7100-900 | | 129.93 | 16,932.00 |
| 09/30/16 | 030012 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Final Distribution<br>(8-1) Sam's Club MC or GEMB or GECRB | 7100-900 | | 911.44 | 16,020.56 |
| 09/30/16 | 030013 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final Distribution | 7100-900 | | 66.21 | 15,954.35 |
| 09/30/16 | 030014 | Joseph Bartha<br>c/o Joshua D. Greene<br>Springer Brown, LLC<br>400 South County Farm Rd.<br>Suite 330<br>Wheaton, IL 60187 | Final Distribution | 7100-900 | | 14,164.35 | 1,790.00 |
| 09/30/16 | 030015 | Portfolio Recovery Associates, LLC<br>successor to U.S. Bank NA<br>(US BANK)<br>POB 41067 | Final Distribution | 7100-900 | | 1,790.00 | 0.00 |

Page Subtotals                 0.00          23,140.95

Ver: 19.06b

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 15-01755 -DRC |
| Case Name: | MOIST, HOWARD W. |
| | MOIST, FRANCES A. |
| Taxpayer ID No: | *******2308 |
| For Period Ending: | 11/10/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7749 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Norfolk, VA 23541 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 40,000.00 | 40,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 40,000.00 | 40,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 40,000.00 | 40,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********7749) | 40,000.00 | 40,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 40,000.00 | 40,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*